IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Williams-Jones, Latasha

Printed: 2/19/08

Case Number: 06 B 11423
Judge: Wedoff, Eugene R
Filed: 9/13/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: January 3, 2008
Confirmed: December 7, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 2,200.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,092.60 |
| Trustee Fee: | | 107.40 |
| Other Funds: | | 0.00 |
| Totals: | 2,200.00 | 2,200.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Thomas W Drexler | Administrative | 2,774.00 | 2,092.60 |
| 2. | HSBC Mortgage Services | Secured | 0.00 | 0.00 |
| 3. | Ford Motor Credit Corporation | Secured | 0.00 | 0.00 |
| 4. | HSBC Mortgage Services | Secured | 6,000.00 | 0.00 |
| 5. | Illinois Dept of Revenue | Priority | 391.43 | 0.00 |
| 6. | Ford Motor Credit Corporation | Unsecured | 7,040.46 | 0.00 |
| 7. | Jefferson Capital | Unsecured | 2,369.92 | 0.00 |
| 8. | Illinois Dept of Revenue | Unsecured | 17.51 | 0.00 |
| 9. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 10. | AT&T | Unsecured | | No Claim Filed |
| | | | $ 18,593.32 | $ 2,092.60 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 91.20 |
| 5.4% | 16.20 |
| | $ 107.40 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Williams-Jones, Latasha

Printed: 2/19/08

Case Number: 06 B 11423

Judge: Wedoff, Eugene R

Filed: 9/13/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

